DAVIDSON, J., not present at consultation.

---

### SMITH v. STATE. (No. 3917.)

(Court of Criminal Appeals of Texas. Jan. 19, 1916.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

George M. Smith was convicted, and appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant appealed from a conviction for bigamy, but has neither a statement of facts nor a bill of exceptions. No question is presented which can be reviewed in the absence of these. Therefore the judgment must necessarily be affirmed.

---

### ARMSTRONG v. STATE. (No. 3884.)

(Court of Criminal Appeals of Texas. Jan. 12, 1916.)

Appeal from District Court, Shelby County; W. C. Buford, Judge.

Henry Armstrong was convicted of violating the local option law, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of violating the local option law and his punishment assessed at two years' confinement in the state penitentiary.

No statement of facts nor bills of exception accompany the record. Under such circumstances there is no question presented by the motion for a new trial we can review.

The judgment is affirmed.

---

### OZMENT v. STATE. (No. 3906.)

(Court of Criminal Appeals of Texas. Jan. 12, 1916.)

Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge.

E. L. Ozment was convicted of crime, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of an aggravated assault and assessed the lowest punishment, a fine of $25.

There is no bill of exceptions nor statement of facts; hence, nothing presented which can be reviewed.

The judgment is affirmed.